UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANDRE ANTROBUS,

                      PLAINTIFF,

-AGAINST-

DEPARTMENT OF CORRECTION AND EMPLOYEES
C.O. HAYNES, ALSO SUPERIORS DEPUTY WARDEN
CAPTAINS OF O.B.C.C. 1600 HAZEN ST. EAST
ELMHURST, QUEENS, NY. N.Y. 13370 (RIKERS
ISLAND),

                      DEFENDANTS.

------------------------------------------------------------------ x

**ORDER**

07 CV 2076
(JSR) (KNF)

      **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Sing Sing Correctional Facility shall produce inmate Andre Antrobus, inmate # 07-A-0169, for a deposition in the above-captioned action beginning at 10:00 a.m. on September 29, 2009 at Sing Sing Correctional Facility.

      **IT IS FURTHER ORDERED** that plaintiff appear for such deposition at the designated date and time and bring with him copies of any all documents in his possession that are relevant to his claims.

Dated: New York, New York
       September 21, 2009

SO ORDERED:

*Kevin Nathaniel Fox*

Kevin Nathaniel Fox
United States Magistrate Judge